**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


RODERICK KEITH KING HICKMAN    *
    *
    Plaintiff    *
    *
V.    *
    *    NO: 4:15CV00550  SWW
ALLTEL COMMUNICATIONS LLC    *
d/b/a VERIZON WIRELESS,    *
VERIZON WIRELESS SERVICES    *
LLC; and THYSSENKRUPP    *
ELEVATOR CORPORATION    *
    *
    Defendants    *
    *
    *


## ORDER of DISMISSAL

Before the Court is the parties' joint motion requesting dismissal with prejudice.  The

parties report that they have settled this dispute.  IT IS THEREFORE ORDERED that the joint

motion to dismiss (ECF No. 21) is GRANTED.  This action is DISMISSED WITH

PREJUDICE.

IT IS SO ORDERED THIS 29TH DAY OF JULY, 2016.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE